Bryon J. Benevento (5254)
Kimberly Neville (9067)
DORSEY & WHITNEY LLP
111 S. Main Street Suite 2100
Salt Lake City, UT 84111-2176
Telephone: (801) 933-8951
Facsimile: (801) 933-7373
benevento.bryon@dorsey.com
neville.kimberly@dorsey.com

Steven C. Cherny (*pro hac vice*)
Matthew A. Traupman (*pro hac vice*)
Brian P. Biddinger (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
stevencherny@quinnemanuel.com
matthewtraupman@quinnemanuel.com
brianbiddinger@quinnemanuel.com

*Attorneys for Plaintiffs C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| C. R. BARD, INC., a New Jersey corporation, and BARD PERIPHERAL VASCULAR, INC., an Arizona corporation, )<br>)<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MEDICAL COMPONENTS, INC., a Pennsylvania corporation, )<br>)<br>)<br>Defendant. )<br>) | **REQUEST TO SUBMIT FOR DECISION**<br><br>Case No. 2:12-cv-00032-RJS-DAO<br><br>Judge Robert J. Shelby<br>Magistrate Judge Daphne A. Oberg |

4830-2250-4918\1

2

Pursuant to Rule DUCivR 7-3 of the Local Rules of Practice for the United States District Court for the District of Utah, Plaintiffs C. R. Bard, Inc., and Bard Peripheral Vascular, Inc. ("Bard"), by and through counsel of record, respectfully requests that Bard's Motion to Strike Medcomp's Inequitable Conduct Allegations in its Final Invalidity Contentions (Dkt. No. 300) be submitted for decision by the Court.  Bard's Motion was filed on December 28, 2020.  The time for responding has passed, no response has been filed by the Defendant, and Defendant did not obtain an extension of time to file their response.  No hearing has been requested, therefore, Bard respectfully submits its Motion to the Court for decision. .

Dated this 8th day of January, 2021.

/s/ Bryon J. Benevento
Bryon J. Benevento (5254)
Kimberly Neville (9067)
DORSEY & WHITNEY LLP

Steven C. Cherny (*pro hac vice*)
Matthew A. Traumpan (*pro hac vice*)
Brian P. Biddinger (*pro hac vice*)
QUINN EMANUAL URQUHART & SULLIVAN, LLP

*Attorneys for Plaintiffs C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

4830-2250-4918\1