Bryon J. Benevento (5254)
Kimberly Neville (9067)
DORSEY & WHITNEY LLP
111 S. Main Street Suite 2100
Salt Lake City, UT 84111-2176
Telephone: (801) 933-8951
Facsimile: (801) 933-7373
benevento.bryon@dorsey.com
neville.kimberly@dorsey.com

Steven C. Cherny (*pro hac vice*)
Matthew A. Traupman (*pro hac vice*)
Brian P. Biddinger (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
stevencherny@quinnemanuel.com
matthewtraupman@quinnemanuel.com
brianbiddinger@quinnemanuel.com

*Attorneys for Plaintiffs C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| C. R. BARD, INC., a New Jersey corporation, and BARD PERIPHERAL VASCULAR, INC., an Arizona corporation, | **JOINT MOTION AND STIPULATION FOR EXTENSION OF TIME** |
| Plaintiffs, | Case No. 2:12-cv-00032-RJS-DAO |
| v. | Judge Robert J. Shelby |
| | Magistrate Judge Daphne A. Oberg |
| MEDICAL COMPONENTS, INC., a Pennsylvania corporation, | |
| Defendant. | |

Plaintiffs C. R. Bard, Inc., and Bard Peripheral Vascular, Inc. ("Bard") and Defendant Medical Components, Inc. ("Medcomp"), through their counsel of record, hereby jointly move and stipulate to an extension of time for Bard to file its Response to Medcomp's Motion to File Second Amended Answer and Counterclaims to Bard's Amended Complaint (D.I. 321).  The parties also jointly move and stipulate to an extension of time for Medcomp to file its Reply in Support of Medcomp's Motion to File Second Amended Answer and Counterclaims to Bard's Amended Complaint.  Bard's response is currently due on January 25, 2021, and Medcomp's reply is currently due on February 8, 2021.  Accordingly, the parties stipulate to extend the time for Bard to file a response to February 1, 2021, and for Medcomp to file its reply to February 16, 2021.

Bard and Medcomp also hereby jointly move and stipulate to an extension of time for Bard to file its Reply in Support of its Motion to Strike Medcomp's Inequitable Conduct Allegations in its Final Invalidity Contentions.  Bard's Reply is currently due on January 25, 2021. Accordingly, the parties stipulate to extend the time for Bard to file its Reply to February 1, 2021.

The joint request for extension of time is sought in good faith, and not for delay.  Bard's primary trial counsel is preparing for and attending a trial in another patent case in Delaware. Additional time is being sought to accommodate the time constraints of trial counsel.  The parties do not believe the request for additional time will create any unfair prejudice.

Dated this 20th day of January, 2021.

/s/ Bryon J. Benevento
Bryon J. Benevento (5254)
DORSEY & WHITNEY LLP
111 S. Main Street Suite 2100
Salt Lake City, UT 84111-2176
Telephone: (801) 933-8951
Facsimile: (801) 933-7373
benevento.bryon@dorsey.com

Steven C. Cherny (*pro hac vice*)
Matthew A. Traumpan (*pro hac vice*)
Brian P. Biddinger (*pro hac vice*)
QUINN EMANUAL URQUHART &
SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
stevencherny@quinnemanuel.com
matthewtraupman@quinnemanuel.com
brianbiddinger@quinnemanuel.com

*Attorneys for Plaintiffs C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

Approved as to form and content,

/s/ J. Mark Gibb (with permission)
Alfred W. Zaher (*pro hac vice*)
Maryellen Madden (*pro hac vice*)
MONTGOMERY MCCRACKEN WALKER &
RHOADS LLP
735 Market Street
21st Floor
Philadelphia, PA 19103-7505
P: (215) 772-1500
azaher@mmwr.com
mmadden@mmwr.com

3

Michael Hayes (pro hac vice)
HORN WILLIAMSON, LLC
1500 JFK Boulevard, Suite 1700
Philadelphia, PA 19103
Tel: (215) 553-4333, *172
Fax: (215) 334-7336
mhayes@hornwilliamson.com

J. Mark Gibb
Clinton E. Duke
DENTONS DURHAM JONES & PINEGAR, PC
111 S Main St #2400, Salt Lake City, UT  84111
P: (801) 415-3000
mark.gibb@dentons.com
clinton.duke@dentons.com
*Attorneys for Defendant Medical Components, Inc.*