Bryon J. Benevento (5254)
Kimberly Neville (9067)
DORSEY & WHITNEY LLP
111 S. Main Street Suite 2100
Salt Lake City, UT 84111-2176
Telephone: (801) 933-8951
Facsimile: (801) 856-7597
benevento.bryon@dorsey.com
neville.kimberly@dorsey.com

Steven C. Cherny (*pro hac vice*)
Matthew A. Traupman (*pro hac vice)*
Brian P. Biddinger (*pro hac vice*)
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
stevencherny@quinnemanuel.com
matthewtraupman@quinnemanuel.com
brianbiddinger@quinnemanuel.com

*Attorneys for Plaintiffs C.R. Bard, Inc.,
Bard Peripheral Vascular, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| C.R. BARD, INC., a New Jersey Corporation and BARD PERIPHERAL VASCULAR, INC., an Arizona corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MEDICAL COMPONENTS, INC., a Pennsylvania corporation,<br><br>Defendant. | **NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**<br><br>Case No.: 2:12-cv-032-RJS-DAO<br>Judge Robert J. Shelby<br>Magistrate Judge Daphne A. Oberg |

NOTICE IS HEREBY GIVEN that Plaintiffs C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. appeal to the U.S. Court of Appeals for the Federal Circuit from the Rule 54(b) partial final judgment entered November 5, 2021 (Dkt. No. 769), and each and every part thereof.

Dated:  November 5, 2021

Respectfully submitted,

/s/ Bryon J. Benevento
Bryon J. Benevento
Kimberly Neville
DORSEY & WHITNEY LLP
111 South Main Street, 21st Floor
Salt Lake City, UT 84111
Telephone:  (801) 933-7360
Facsimile:  (801) 933-7373
benevento.bryon@dorsey.com
neville.kimberly@dorsey.com

Steven C. Cherny (*pro hac vice*)
Matthew A. Traupman (*pro hac vice*)
Brian P. Biddinger (*pro hac vice*)
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, New York 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100
stevencherny@quinnemanuel.com
matthewtraupman@quinnemanuel.com
brianbiddinger@quinnemanuel.com

*Attorneys for Plaintiffs C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on this 5th day of November, 2021, I filed the foregoing with the Court by CM/ECF which then served all counsel of record.

*/s/ Bryon J. Benevento*