Alfred W. Zaher (*pro hac vice*)
Maryellen Madden (*pro hac vice*)
Peter Breslauer *(pro hac vice)*
John J. Powell (*pro hac vice*)
Aaron S. Haleva (*pro hac vice*)
Stephanie K. Benecchi (*pro hac vice*)
Patrick J. Farley (*pro hace vice*)
Joseph C. Monahan (*pro hac vice*)
MONTGOMERY McCRACKEN WALKER
    & RHOADS LLP
1735 Market Street, 21st Floor
Philadelphia, Pennsylvania 19103
Tel: (215) 772-1500
Fax: (215) 772-7620
azaher@mmwr.com
mmadden@mmwr.com
pbreslauer@mmwr.com
jpowell@mmwr.com
ahaleva@mmwr.com
sbenecchi@mmwr.com
pfarley@mmwr.com
jmonahan@mmwr.com

J. Mark Gibb (5702)
Clinton E. Duke (9784)
DENTONS DURHAM JONES
    PINEGAR PC
111 South Main Street, Suite 2400
Salt Lake City, Utah 84111
Tel: (801) 415-3000
Fax: (801) 415-3500
mark.gibb@dentons.com
clinton.duke@dentons.com

Michael Hayes (*pro hac vice*)
HORN WILLIAMSON, LLC
1500 JFK Boulevard, Suite 1700
Philadelphia, PA 19103
Tel: (215) 553-4333, *172
Fax: (215) 334-7336
mhayes@hornwilliamson.com

*Attorneys for Defendant/Counterclaimant*
*Medical Components, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

|  |  |  |
|---|---|---|
| C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC., | ) ) ) | Case No. 2:12-cv-00032-RJS-DAO |
| Plaintiffs, | ) ) ) | **NOTICE OF WITHDRAWAL OF JOSEPH C. MONAHAN AS COUNSEL FOR MEDICAL COMPONENTS, INC.** |
| v. | ) ) |  |
| MEDICAL COMPONENTS, INC., | ) ) ) | Chief Judge Robert J. Shelby |
| Defendant. | ) ) ) | Magistrate Judge Daphne A. Oberg |

Pursuant to DUCivR 83-1.4(b), Joseph C. Monahan hereby gives notice that he withdraws as *pro hac vice* counsel for Defendant Medical Components, Inc. ("MedComp"). MedComp continues to be represented by other counsel who have already entered appearances on its behalf.  J. Mark Gibb, Clinton E. Duke, Alfred W. Zaher, John J. Powell, Michael B. Hayes, Aaron S. Haleva. Peter Breslauer, Stephanie K. Benecchi, Maryellen Madden and Patrick J. Farley remain as counsel of record for MedComp and are aware of the pending deadlines in this case.


Dated:  April 22, 2022                    Respectfully submitted,

                                          /s/ *Joseph C. Monahan*
                                          Joseph C. Monahan (pro hac vice)
                                          Alfred W. Zaher (pro hac vice)
                                          Maryellen Madden (pro hac vice)
                                          Peter Breslauer (pro hac vice)
                                          John J. Powell (pro hac vice)
                                          Aaron S. Haleva (pro hac vice)
                                          Stephanie K. Benecchi (pro hac vice)
                                          Patrick J. Farley (pro hac vice)
                                          MONTGOMERY McCRACKEN WALKER &
                                          RHOADS LLP

                                          Michael Hayes (pro hac vice)
                                          HORN WILLIAMSON LLC

                                          J. Mark Gibb
                                          Clinton E. Duke
                                          DENTONS DURHAM JONES PINEGAR, PC

                                          *Attorneys for Defendant/Counterclaimant Medical*
                                          *Components, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 22st day of April, 2022, I caused the foregoing to be filed with the Court through CM/ECF through which all counsel of record were served.

/s/ *Joseph C. Monahan*