Alfred W. Zaher (*pro hac vice*)
Maryellen Madden (*pro hac vice*)
Stephanie K. Benecchi (*pro hac vice*)
Patrick J. Farley (*pro hac vice*)
Aaron Haleva (*pro hac vice*)
MONTGOMERY McCRACKEN WALKER
   & RHOADS LLP
1735 Market Street, 21st Floor
Philadelphia, Pennsylvania 19103
Tel: (215) 772-1500
Fax: (215) 772-7620
azaher@mmwr.com
mmadden@mmwr.com
sbenecchi@mmwr.com
pfarley@mmwr.com
ahaleva@mmwr.com

*Attorneys for Defendant/Counterclaimant Medical Components, Inc.*

J. Mark Gibb (5702)
Clinton E. Duke (9784)
DENTONS DURHAM JONES PINEGAR, PC
111 South Main Street, Suite 2400
Salt Lake City, Utah 84111
Tel: (801) 415-3000
Fax: (801) 415-3500
mark.gibb@dentons.com
clinton.duke@dentons.com

Michael Hayes (*pro hac vice*)
HORN WILLIAMSON LLC
1500 JFK Boulevard, Suite 1700
Philadelphia, PA 19103
Tel: (215) 553-4333, *172
Fax: (215) 334-7336
mhayes@hornwilliamson.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| C.R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MEDICAL COMPONENTS, INC.,<br><br>Defendant. | Case No. 2:12-cv-00032-JNP-DAO<br><br>**MEDCOMP'S NOTICE OF ACKNOWLEDGMENT OF STANDING ORDER, ECF 783**<br><br>District Judge Jill N. Parrish<br>Magistrate Judge Daphne A. Oberg |

Pursuant to the Court's *Standing Order in Civil Cases*, ECF 783, counsel for Defendant/Counterclaimant Medical Components, Inc. ("MedComp") hereby acknowledges that counsel of record carefully read and will comply with that Court Order.

DATED: May 23, 2023

    Respectfully submitted,

    */s/ Alfred W. Zaher*

    Alfred W. Zaher (admitted *pro hac vice*)
    Maryellen Madden (admitted *pro hac vice*)
    Stephanie K. Benecchi (admitted *pro hac vice*)
    Patrick J. Farley (admitted *pro hac vice*)
    Aaron Haleva (admitted *pro hac vice*)
    MONTGOMERY McCRACKEN WALKER
       & RHOADS LLP

    Michael Hayes (admitted *pro hac vice*)
    HORN WILLIAMSON LLC

    J. Mark Gibb
    Clinton E. Duke
    DENTONS DURHAM JONES PINEGAR, PC

    *Attorneys for Defendant Medical Components, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 23rd day of May, 2023, I filed the foregoing with the Court by CM/ECF which then served all counsel of record.

    */s/ Alfred W. Zaher*