UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MEDICAL COMPONENTS, INC., <br><br> Defendant. | **ORDER GRANTING IN PART DEFENDANT'S MOTION FOR SCHEDULING ORDER (DOC. NO. 799) AND GRANTING IN PART PLAINTIFFS' MOTION FOR SCHEDULING ORDER (DOC. NO. 800)** <br><br> Case No. 2:12-cv-00032 <br><br> District Judge Jill N. Parrish <br><br> Magistrate Judge Daphne A. Oberg |

Following an appeal and remand, the parties have filed competing motions for entry of a new scheduling order.[1] Defendant Medical Components, Inc. ("MedComp") later filed additional briefing supporting its proposal.[2] Based on a review of the parties' respective proposals and briefing, and in the interest of judicial economy, the deadlines are set as follows. Jurisdictional issues will be addressed first and MedComp may file a motion for jurisdictional

---

[1] (Def.'s Mot. for Scheduling Order, Doc. No. 799; Pls.' Mot. for Scheduling Order, Doc. No. 800.)

[2] (*See* Doc. No. 802.)

discovery. Accordingly, the motions are granted in part, and the court sets the following deadlines.[3]

**\*\*ALL TIMES 11:59 PM UNLESS INDICATED\*\***

| EVENT | DATE |
| --- | --- |
| MedComp's deadline to file motion seeking jurisdictional discovery | August 31, 2023 |
| Deadline to file a motion raising a jurisdictional challenge | 30 days after either (1) denial of the motion for jurisdictional discovery or (2) the close of any jurisdictional discovery period permitted by the court |
| Deadline to file opening claim construction briefs and summary judgment motions where claim construction would be dispositive [LPR 4.2(a)] | 35 days after the court's ruling on MedComp's jurisdictional challenge |
| Deadline to file responsive claim construction and summary judgment briefs [LPR 4.2(c); LPR 6.2] | 28 days after filing opening claim construction briefs and summary judgment motions |
| Tutorial due [LPR 4.4] | 14 days after filing responsive claim construction briefs |
| Deadline to file motion to set claim construction hearing [LPR 4.3] | 28 days after filing opening claim construction briefs and summary judgment motions |
| Deadline to file joint claim construction chart and status report [LPR 4.2(f)] | 7 days after filing responsive claim construction briefs |
| Initial expert reports [LPR 5.1(b)] | 28 days after amendment of contentions (if any) or 28 days after entry of the claim construction ruling, whichever is earlier |

---

[3] Any party seeking to amend its contentions must comply with the District of Utah's local patent rules. *See* LPR 3.4. Other deadlines, such as MedComp's suggested deadline to file briefs regarding an expedited trial, may be addressed at a later date if appropriate.

| Rebuttal expert reports [LPR 5.1(c)] | 28 days after initial expert reports |
|---|---|
| Close of expert discovery [LPR 5.2] | 28 days after rebuttal expert reports |
| Deadline to file dispositive or potentially dispositive motions [LPR 6.1] | 28 days after the close of expert discovery |

DATED this 23rd day of August, 2023.

BY THE COURT:

_____
Daphne A. Oberg
United States Magistrate Judge